## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Melvyn L. Ivy<br>    Debtor | Case No. 22-16579-LSS |
| Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST<br>    Movant | Chapter 13 |
| vs. | MFR ECF No. 31 |
| Melvyn L. Ivy<br>    Debtor<br>and<br>Charlene D. Ivy<br>    Co-Debtor | |

### FIRST NOTICE OF DEFAULT

Upon information provided by the Movant, undersigned counsel hereby files this First Notice of Default and respectfully represents as follows:

1. Movant is holder of a note secured by real property located at 11109 Inverrary Court, Mitchellville, MD 20721 aka 11109 Inverrary Court, Bowie, MD 20721 (the "Property").

2. A Consent Order Conditioning Automatic Stay and Co-Debtor Stay ("Consent Order") (ECF No. 39) dated December 30, 2024 has been entered in the present case.

3. Debtor is in default for the following payments: (a) January 1, 2025 regular monthly payments in the amount of $2,691.87 (b) February 1, 2025 to April 1, 2025 regular monthly payments in the amount of $2,691.87 each; (c) December 15, 2024 to February 15, 2025

stipulation payments in the amount of $2,534.62 each; (d) less in suspense $51.24. Consequently, the total default amount is **$21,008.44**.

    4.       Pursuant to the terms of the Consent Order, upon filing of a notice of default, the Debtor has fifteen (15) days to cure the default from the date of the mailing of this Notice. If the default is not cured, Movant shall be entitled to exercise its rights under non-bankruptcy law with respect to the Property without further order of this Court.

    5.       Prior to expiration of the cure period the following payment will be due and owing: April 15, 2025 stipulation or regular payment in amount of $2,534.62.

Respectfully submitted,

*Chetan Gopal, Esq.,*
MD Fed. Bar No. 31096
Robertson, Anschutz, Schneid & Crane & Partners PLLC
11350 McCormick Road, EP1
Suite 302
Hunt Valley, MD 21031
470-321-7112
cgopal@raslg.com
*Counsel for Movant*

**CERTIFICATE OF SERVICE**

   I hereby certify that on     May 19, 2025   , the following parties were served a copy of the foregoing notice in the manner described below:

<u>*Via* CM/ECF Electronic Notice</u>:

| | |
|---|---|
| Tommy Andrews, Jr., Esq. | Timothy P. Branigan |
| 122 N. Alfred Street | 9891 Broken Land Parkway |
| Alexandria, VA 22314 | Suite 301 |
| *Counsel for Debtor* | Columbia, MD 21046 |
| | *Chapter 13 Trustee* |

<u>*Via* First Class Mail, Postage Prepaid</u>:

| | |
|---|---|
| Melvyn L. Ivy | Charlene D. Ivy |
| 11109 Inverrary Court | 11109 Inverrary Court |
| Bowie, MD 20721 | Bowie, MD 20721 |
| *Debtor* | *Co-Debtor* |

              */s/ Chetan Gopal*
              Chetan Gopal