**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
Melvyn L. Ivy
    Debtor

Case No. 22-16579-LSS

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUS
    Movant

Chapter 13

vs.

MFR ECF No. 31

Melvyn L. Ivy
    Debtor
And

Charlene D. Ivy
    Co-Debtor

**NOTICE OF TERMINATION OF AUTOMATIC STAY ON PROPERTY LOCATED AT 11109 INVERRARY COURT, MITCHELLVILLE, MD 20721**

    This notice serves to advise this Court that the Debtors failed to cure the arrears indicated in the First Notice of Default (ECF No. 48) filed on May 19, 2025, related to real property located at 11109 Inverrary Court, Mitchellville, MD 20721 ("Property").

    Consequently, the automatic stay is terminated pursuant to the terms of the Consent Order Modifying Automatic Stay (ECF No. 39) the Movant is permitted to avail itself of its state court remedies pursuant to the underlying the Deed of Trust and Note and state law.

    Respectfully submitted,

Dated: 6/25/2025

/s/ Chetan Gopal
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031

1

Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for the Movant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on  June 25, 2025 , that a copy of the foregoing notice was served on the following parties in the manner described below:

<u>*Via* CM/ECF Electronic Notice</u>:

| | |
|---|---|
| Tommy Andrews, Jr. | Timothy P. Branigan |
| 122 N. Alfred St. | 9891 Broken Land Parkway |
| Alexandria, VA 22314 | Suite 301 |
| *Counsel for Debtor* | Columbia, MD 21046 |
| | *Chapter 13 Trustee* |

<u>*Via* First Class Mail, Postage Prepaid</u>:

| | |
|---|---|
| Melvyn L. Ivy | Charlene D. Ivy |
| 11109 Inverrary Court | 11109 Inverrary Court |
| Bowie, MD 20721 | Bowie, MD 20721 |
| *Debtor* | *Debtor* |

  */s/ Chetan Gopal*  
Chetan Gopal, Esq.